

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-19-00059-CV

**CONTINENTAL MOTORS, INC**.,
Appellant

v.

**DANBURY AEROSPACE, INC**., et al,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18283
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The appellant's second unopposed motion for extension of deadline to file initial brief is hereby GRANTED. Time is extended to May 8, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court